UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JESUS RANGEL,

        Plaintiff,

v.                                                     Case No. 19-C-451

JESSICA LORUM, et al.,

        Defendants.

## ORDER

*Pro se* Plaintiff Jesus Rangel filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging Defendants Jessica Lorum and Neil Thoreson violated his constitutional rights. In the court's April 24, 2019 screening order, the court allowed Rangel to proceed on a claim against Lorum for forcing him to have sexual intercourse with her to avoid revocation and a claim against Thoreson for failing to supervise Lorum, both arising under the Fourteenth Amendment. Dkt. No. 7 at 4. Pursuant to an informal service agreement between the Wisconsin Department of Justice (DOJ) and this court, copies of Rangel's complaint and the screening order were electronically sent to the DOJ for service.

On April 24, 2019, the DOJ indicated in its acceptance of service that it would accept service on behalf of Neil Thoreson but not on behalf of Jessica Lorum because she is no longer employed by the Department of Corrections. Dkt. No. 10. In a letter filed May 17, 2019, Rangel inquired about how to serve Jessica Lorum. Dkt. No. 13.

**IT IS HEREBY ORDERED** that the United States Marshal shall serve a copy of the complaint and this order upon Jessica Lorum pursuant to Federal Rule of Civil Procedure 4.

According to Wisconsin state court records she is currently on probation in Milwaukee County. Rangel is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2)–(3). Although Congress requires the court to order service by the U.S. Marshals Service precisely because *in forma pauperis* plaintiffs are indigent, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that Jessica Lorum shall file a responsive pleading to the complaint.

Dated this  20th  day of May, 2019.

                                             s/ William C. Griesbach
                                             William C. Griesbach, Chief Judge
                                             United States District Court