# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| JESUS RANGEL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-C-0451 |
| JESSICA S. LORUM, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jessica S. Lorum

Date: 07/25/2019

s/Terry E. Johnson
*Attorney's signature*

Terry E. Johnson, SBN: 1016704
*Printed name and bar number*
von Briesen & Roper, s.c.
411 E. Wisconsin Ave., Ste. 1000
Milwaukee, WI 53202

*Address*

tjohnson@vonbriesen.com
*E-mail address*

414-221-6605
*Telephone number*

414-249-2604
*FAX number*