

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JESUS RANGEL | 19-C-451 |
| DEFENDANT | TYPE OF PROCESS |
| JESSICA S. LORUM, et al. | NOTICE, WAIVER, ORDER, COMPLAINT, CONSENT |

2019 MAY 28 P 3: ||

**SERVE AT**
- NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Jessica S. Lorum
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 5467 S 113th St. Hales Corners, WI 53130

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jesus Rangel
New Lisbon CI
2000 Progress Road
PO Box 4000
New Lisbon, WI 53950-2000

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney or other Originator requesting service on behalf of: Jesus Rangel ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: May 22, 2019

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 89 | No. 89 | Heather Vaccaro | 07/01/2019 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0 | 0 | $8.00 | $8.00 | 0 | $8.00 |

REMARKS: 1 July 2019 – mailed to Δ
25 July 2019 – Waiver not filed; Notice of Appearance filed by Attorney

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

Case 1:19-cv-00451-WCG   Filed 08/01/19   Page 1 of 1   Document 24