Clerk of Courts
125 S. Jefferson St
Room 102
Green Bay, WI 54301



U.S. District Court
Wisconsin Eastern

OCT 3 1 2019

FILED
Stephen C. Dries, Clerk

RE: Case # 19CV0451

October 25th, 2019

Dear Honorable Judge William C. Griesbach,

Through discovery I have been requesting a copy of the DOJ's investigation report regarding Jessica Lorum's Misconduct, William Francis, & the Division of Community Corrections, which was performed by Special Agent Ricardo Tijerino of Major Crimes Unit from the Wisconsin Department of Justice-Division of Criminal Investigation. I have also asked for the Milwaukee County Case 2018CF002795 discovery, investigation notes, files, court transcripts, etc... The defendants told me to request them from the entities directly, however I have attempted to obtain these records on my own prior to my suit, nevertheless I was denied from the DOJ & Milwaukee County DA, unless the court can direct me to a "special privilege" I can somehow invoke, I request the courts assistance.

My question to the court is seeing as how the DOJ is representing the DOC's interest in the case and seeing as the DOJ is the DOJ, will the court somehow mediate or facilitate this information being turned over to me. The defendants have the power of the Attorney General & the Department of Justice behind them. I am sitting in a prison library with no access to any form of obtaining any information besides Lexus Nexus, limited outdated legal references, and through the discovery process; but they will not assist with obtaining it or turning it over. Can I somehow subpoena the records from these

entities? The defendants also denied my requests and told me to request them from the entities, so what is my legal path in getting said records?

I respectfully ask the court to facilitate me with obtaining the DOJ's investigation report of P.O Jessica Lorum which Special Agent Ricardo Tijerino carried out & the discovery, investigation file & court transcripts of Milwaukee County 2018CF002795 (Jessica Lorum Misconduct in Public Office Charge). The information is more than relevant to my case it contains call logs, text messages, letters, & etc...,, it was info which came from an internal DCC investigation, which warranted the DOC/DCC to put Ms. Lorum and CFS Francis on Administrative Leave, it was all information which the DOJ felt was pertinent enough to collect to investigate & refer for charges, & Milwaukee County was compel enough to prosecute & secure guilty plea. This information was critical to the state when they needed it and now I need it, so it is CRUCIAL information, and I feel I am entitled to it. I respectfully request the court's assistance in this matter. Thank you for your time & consideration.

RESPECTFULLY SUBMITTED:

JESUS RANGEL #353671
Pro Se Plaintiff

Chippewa Valley Correctional Treatment Facility
2909 East Park Ave
Chippewa Falls, WI 54729