# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

STEPHEN C. DRIES
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
*www.wied.uscourts.gov*

November 1, 2019

Jesus Rangel #353671
Chippewa Valley Correctional Treatment Facility
2909 E Park Ave
Chippewa Falls, WI 54729

    Re:    **Jesus Rangel v. Jessica Lorum, et al.**
             **Case No. 19-C-451**

Dear Mr. Rangel:

    The Court has received your request for information on obtaining discovery from the Wisconsin Department of Justice Division of Criminal Investigation and Milwaukee County.

    I am sorry that I am unable to directly answer your questions. Court staff are not permitted to provide legal advice or guidance.

    Enclosed please find a copy of the booklet "Answers to Prisoner Litigants' Common Questions" which may assist you with your lawsuit. The booklet contains information about the Local and Federal Rules of Civil Procedure, common legal terms, how a case proceeds through federal court, and appointment of counsel.

                                     Very truly yours,

                                     STEPHEN C. DRIES
                                   Clerk of Court

                                   s/ Terri Lynn Ficek
                                   Deputy Clerk