IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JESUS RANGEL,

    Plaintiff,

v.                              Case No. 19CV0451

JESSICA LORUM, ET AL.,

    Defendants.

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that the Defendant substitute as his attorneys of record in this action Jennifer R. Remington, Assistant Attorneys General, in place of Sarah A. Huck. Please note the Assistant Attorney Katherine D. Spitz will continue to represent the Defendant in this action. Defendant requests service of all discovery and correspondence be made upon Assistant Attorneys General Remington and Spitz as counsels of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the court's CM/ECF system.

Dated this 27th day of November, 2019.

                                            Respectfully submitted,

                                            JOSHUA L. KAUL
                                            Attorney General of Wisconsin

s/Jennifer R. Remington
JENNIFER R. REMINGTON
Assistant Attorney General
State Bar #1098838


KATHERINE D. SPITZ
Assistant Attorney General
State Bar #1066375

Attorneys for Defendant Niel Thoreson

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2230 (Remington)
(608) 266-1001 (Spitz)
(608) 267-8906 (Fax)
remingtonjr@doj.state.wi.us
spitzkd@doj.state.wi.us