

TAGLaw International Lawyers

**Terry E. Johnson**
**Direct Telephone**
**414-221-6605**
kevin.fetherston@vonbriesen.com

March 22, 2024

<u>**VIA E-MAIL**</u>:

The Honorable William C. Griesbach
District Court Judge
Eastern District of Wisconsin, Green Bay Division
125 S. Jefferson St.
Green Bay, WI 54301

Re: *Jesus Rangel v. Jessica S. Lorum, et al.*
Eastern District of Wisconsin Case No. 19-cv-451

Dear Judge Griesbach:

After the entry of the Court's minutes dated March 5, 2024 (Dkt. 83) reflecting that the Court granted plaintiff's former counsel's motion to withdraw as plaintiff's counsel (<u>see</u> Dkt. 81), defense counsel reached out directly to the plaintiff, Jesus Rangel, inquiring whether he intended to pursue the claims asserted in this action or whether he would execute a stipulation and order to dismiss the claims asserted with prejudice.

The plaintiff responded by returning an executed stipulation for dismissal.

Filed contemporaneously with this letter is a fully executed stipulation dismissing this action with prejudice, together with a proposed order to that effect. If the order meets with the Court's approval, we respectfully request that the Court enter the order consistent with the stipulation executed by all parties.

We thank the Court for its kind consideration of this matter.

Very truly yours,

von BRIESEN & ROPER, s.c.

*/s/ Terry E. Johnson*

Terry E. Johnson

TEJ:lam

cc: Jesus Rangel (via US Mail)
   Brandon Flugaur (via ECF)
   Bradley Soldon (via ECF)

40901769_1.DOCX