UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JESUS RANGEL,

        Plaintiff,

vs.

JESSICA S. LORUM,
NEIL THORESON, and
WILLIAM FRANCIS

        Defendants.

Case No. 19-cv-0451

---

## STIPULATION FOR DISMISSAL

---

**IT IS HEREBY STIPULATED** by and between plaintiff (proceeding pro se) and the defendants, through their undersigned counsel, that this matter may be dismissed with prejudice and without fees or costs to any party.

Dated this 15 day of March, 2024.

_____
Jesus Rangel, pro se plaintiff

Dated this 15 day of March, 2024.

/s/ Terry E. Johnson
Terry E. Johnson, WI SBN 1016704
Kevin M. Fetherston, WI SBN 1084716
von BRIESEN & ROPER, s.c.
411 E. Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
(414) 276-1122 Phone
(414) 276-6281 Fax
tjohnson@vonbriesen.com
*Attorneys for Defendant, Jessica S. Lorum*

Dated this 20th day of March, 2024.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/Bradley P. Soldon
BRADLEY P. SOLDON
Assistant Attorney General
State Bar #1115763

BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

Attorneys for Defendants
Niel Thoreson and William Francis

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-6823 (Soldon)
(608) 266-1780 (Flugaur)
(608) 294-2907 (Fax)
soldonbp@doj.state.wi.us
flugaurbt@doj.state.wi.us