UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JESUS RANGEL,

          Plaintiff,

vs.

JESSICA S. LORUM,
NEIL THORESON, and
WILLIAM FRANCIS

          Defendants.

Case No. 19-cv-0451

**ORDER GRANTING STIPULATION FOR DISMISSAL**

**PURSUANT TO** the foregoing stipulation between the parties,

**IT IS HEREBY ORDERED** that this matter shall be, and hereby is dismissed, with prejudice, and without fees and costs to any party.

40807891_1.DOCX